UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELISSA REYNOLDS on behalf of herself and all others similarly situated,<br><br>Plaintiff(s)<br><br>-against-<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC;<br><br>Defendant(s). | Civil Case No.: 2:23-cv-03975<br><br>STIPULATION OF VOLUNTARY DISMISSAL |

**WHEREAS,** it is hereby stipulated by and between Counsel that this action be discontinued without costs and with prejudice.

**THEREFORE,** it is ordered by the Court that this action is discontinued without costs and with prejudice.

Dated: April 8, 2024

/s/ Benjamin J. Wolf
Benjamin J. Wolf, Esq.
Jones, Wolf & Kapasi, LLC
630 Third Avenue, 18th Floor
New York, New York 10017
bwolf@legaljones.com
*Attorneys for Plaintiff*

/s/ Stephen J. Steinlight
Stephen J. Steinlight, Esq.
Troutman Pepper Hamilton Sanders LLP
875 Third Avenue
New York, New York 10022
Stephen.Steinlight@troutman.com
*Attorneys for Defendant*

So ORDERED on 4/9/2024:

JULIEN XAVIER NEALS
United States District Judge